UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN SERVICING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY,<br><br>    Defendant. | Case No. 14-cv-04977-MEJ<br><br>**ORDER SETTING STATUS CONFERENCE AND VACATING ALL PENDING DATES**<br><br>Re: Dkt. No. 20 |

**PLEASE TAKE NOTICE**: The parties have advised the Court that this case has fully settled in a settlement conference. Pending finalization of the settlement all pending deadlines are hereby **VACATED**. A status conference is scheduled for **Thursday, September 24, 2015 at 10:00 a.m.**, in Courtroom B, 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102, before Magistrate Judge Maria-Elena James.

Dated: May 26, 2015

_____
Maria-Elena James
United States Magistrate Judge