

**MILLER STARR REGALIA**

1331 N. California Blvd.
Fifth Floor
Walnut Creek, CA 94596

T 925 935 9400
F 925 933 4126
www.msrlegal.com

David E. Harris
Direct Dial: 925 941 3248
david.harris@msrlegal.com



September 9, 2015

**VIA OVERNIGHT MAIL**

The Honorable Maria-Elena James
Magistrate Judge
United States District Court
Northern Division
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *SN Servicing Corporation v. First California Mortgage Company*
      USDC Case Number: 14-cv-04977-MEJ

Dear Judge James:

I represent First California Mortgage with respect to the above-referenced action.  Please consider this a request to continue the pending status conference, currently scheduled for September 24, 2015.  As you are aware, the parties reached a settlement agreement and anticipated that the matter would be dismissed prior to this appearance.  The settlement involved negotiation of a repurchase from a private lender and from the Fannie Mae.  The latter negotiation has taken longer to complete than anticipated due to delays in responses from Fannie Mae.  The parties anticipate that the settlement will be completed and request a 90-day continuance.  I have communicated with Neil Shapiro, counsel for plaintiff, who concurs in this request.

Very truly yours,

MILLER STARR REGALIA

David E. Harris

DEH:mlj

cc:   Neil L. Shapiro (via email)

The status conference is continued to December 10, 2015 at 10:00 a.m. If no dismissal has been filed, the parties shall file a joint status report by December 3, 2015.

Offices:  Walnut Creek / San Francisco / Newport Beach

FCAL\52233\978824.1