UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN SERVICING CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY,<br><br>　　　　　Defendant. | Case No. 14-cv-04977-MEJ<br><br>**ORDER VACATING STATUS CONFERENCE** |

　　Based on the representations made in status report filed by Defendant First Mortgage Company (Dkt. No. 25), the December 10, 2015 status conference is VACATED. The parties shall file a stipulation for dismissal or joint status report by March 10, 2016.

　　**IT IS SO ORDERED.**

Dated: December 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge