NEIL L. SHAPIRO (SBN 051547)
LAW OFFICES OF NEIL L. SHAPIRO
2100 Garden Road, Suite C
Monterey, California  93940
Telephone:   (831) 372-3700
Facsimile:    (831) 372-3701
nshapiro@nshapiro.com

Attorneys for Plaintiff
SN SERVICING CORPORATION

DAVID E. HARRIS (SBN 161334)
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Boulevard, Fifth Floor
Walnut Creek, CA 94596
Telephone:  (925) 935-9400
Facsimile:   (925) 933-4126
david.harris@msrlegal.com

Attorneys for Defendant
FIRST CALIFORNIA MORTGAGE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SN SERVICING CORPORATION, an Alaska Corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY, a California Corporation,<br><br>         Defendant. | **Case No.  CV 14-4977 MEJ**<br><br>**STIPULATION FOR DISMISSAL** |

        IT IS HEREBY STIPULATED, by and between the parties through their respective

counsel of record, that the above-captioned matter shall be dismissed in its entirety, with prejudice,

1  each party to bear its own attorney's fees and costs.

2  Dated:  May 10, 2016              LAW OFFICES OF NEIL L. SHAPIRO

                                     By   /s/ Neil L. Shapiro
                                          Neil L. Shapiro
                                     Attorney for Plaintiff SN Servicing Corporation

9  Dated:  May 10, 2016              MILLER STARR REGALIA

                                     By  /s/ David E. Harris
                                          David E. Harris

                                     Attorney for Defendant First California Mortgage Company

18 IT IS SO ORDERED.

21 Dated: May 11, 2016
                                     _____
                                     UNITED S...                       E
                                     Judge Maria-Elena James

2

---

STIPULATION FOR DISMISSAL
Case No. CV 14- 4977 MEJ